UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:20-cv-00039-HAB-SLC |
| INDIANA WESLEYAN UNIVERSITY, | ) |
| Defendant. | ) |

## VERIFICATION

I, ▮▮▮▮▮, being duly sworn, state that I have reviewed the factual allegations contained in this Verified Complaint. I am the John Doe described in the Complaint. I believe that the disclosure of my identify will cause me irreparable harm as this case involves matters of utmost personal intimacy, including education records protected from disclosure by the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. §1232g, 34 CFR Part 99. All of the factual allegations in the Verified Complaint are true and accurate to the best of my knowledge.

Sworn to before me and subscribed in my presence this 27ᵀᴴ day of January, 2020.



, a notary public
NOTARY PUBLIC

CINDY SCHIFF
Notary Public – California
San Diego County
Commission # 2195059
My Comm. Expires May 1, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon Dr. David Wright, President and Registered Agent for Indiana Wesleyan University, via U.S. First Class Mail sent to 4201 S. Washington St., Marion, IN 46953 this 28th day of January, 2020.

                                                s/Peter J. Agostino
                                                Peter J. Agostino                (#10765-71)