(COURT USE ONLY)
RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

John Doe

v.

Indiana Wesleyan University

Cause No. 1:20-cv-00039

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Plaintiff

Party(s) Represented

Prefix (check one)  ☐ Mr.   ☒ Ms.   ☐ Mrs.

Last Name: Stone   First Name: Susan   Middle Name/Initial: C.

Generation (Sr, Jr, etc):

Firm Name: Kohrman Jackson & Krantz, LLP

Street Address: 1375 E. 9th Street   Suite/Room No.: 29th Floor

City: Cleveland   State: OH   Zip: 44114

Office Telephone No.: (216) 696-8700   Fax No.: (216) 621-6536

E-Mail Address: scs@kjk.com

**EDUCATION:**

College: Miami University   Degree: B.A.   Year Completed: 1988

Law School: Case Western Reserve University School of Law   Year Graduated: 1991

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Ohio | 1995 | Active | 0064445 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| U.S.D.C. for the Northern District of Ohio | 2000 | Active |
| U.S.D.C. for the Southern District of Ohio | 2011 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Susan C. Stone, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: January 23, 2020

/s/ Susan C. Stone
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: 2/5/2020

S/Susan Collins
U.S. Magistrate Judge

_____
J~~udge~~e, U. S. District Court

# The Supreme Court of Ohio

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Susan Cheryl Stone**
Attorney Registration No. **0064445**

was admitted to the practice of law in Ohio on May 15, 1995; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 14th day of January, 2020.

__GINA WHITE PALMER__
*Director, Attorney Services Division*

_Shannon B. Scheid_
Shannon Scheid
Attorney Services Specialist

No. 2020-01-14-1
Verify by email at GoodStandingRequests@sc.ohio.gov