UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 1:20-CV-00039-HAB-SLC |
| | ) |
| INDIANA WESLEYAN UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF AVAILABILITY FOR SETTLEMENT CONFERENCE

Pursuant to the Court's March 26, 2020 Order for Magistrate Judge Susan Collins [Doc. No. 39], Defendant, Indiana Wesleyan University, by counsel, respectfully submits this notice regarding it and its counsel's availability for a telephonic settlement conference.  Of the dates the Court proposed, Defendant and its counsel are available on April 6, 7, and 13.  They also can be available on April 9, if necessary, but respectfully request that the Court set the telephonic settlement conference for that date only if it is the only date on which all participants are available.

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ Amanda L. Shelby
Amanda L. Shelby (#27726-49)
Grayson F. Harbour (#35700-35)
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone:    (317) 237-0300
Facsimile:      (317) 237-1000
Email:  amanda.shelby@faegredrinker.com
           grayson.harbour@faegredrinker.com

Attorneys for Defendant

{K0785412.1}

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Peter J. Agostino
>ANDERSON AGOSTINO & KELLER, P.C.
>131 South Taylor Street
>South Bend, IN  46601
>*agostino@aaklaw.com*
>
>Susan C. Stone
>Kristina W. Supler
>KOHRMAN JACKSON & KRANTZ, LLP
>1375 E. 9th Street, 29th Floor
>Cleveland, OH  44114
>*scs@kjk.com*
>*kws@kjk.com*

>/s/ Amanda L. Shelby