UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JOHN DOE </br>     Plaintiff </br> </br> v. </br> </br> INDIANA WESLEYAN UNIVERSITY </br>     Defendant | ) </br> ) </br> ) </br> )   No.  1:20-cv-39-HAB </br> ) </br> ) </br> ) |

ORDER FOR SETTLEMENT CONFERENCE

The parties to this action and their attorneys are hereby directed to appear telephonically before Magistrate Judge Susan L Collins on **April 7, 2020  at 9:00 am** (Fort Wayne time), for a settlement conference to consider the settlement posture of the parties and such other matters as may aid in the disposition of the case.  An insured party shall appear by a representative of the insurer who is authorized to discuss and make recommendations relating to settlement.  An uninsured corporate party shall appear by a representative authorized to discuss and make recommendations relating to settlement.

To assist the court and to facilitate the conduct of the settlement conference, lead counsel for each side shall submit via e-mail to collins_chambers@innd.uscourts.gov, a "Confidential Statement of the Case" on or before the end of the business day on **April 6, 2020** which briefly states: 1) The legal and factual contentions of the respective parties; 2) the factors considered in arriving at the current settlement posture; 3) the status of settlement negotiations to date; and 4) the future estimated attorney fees and expenses that counsel reasonably believe will be incurred through trial.  The Confidential Statement is not to exceed ten (10) pages.

Dated this 2nd day of April, 2020

    s/Susan L. Collins
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT