This report was submitted by a faculty member that ▮ allegedly spoke with. This report was not used in the investigation or decision-making process, but it was filed under ▮'s sub-portion of the case since it was related to the incident.

# Indiana Wesleyan University
## Incident Reporting Form

*Submitted on December 11, 2019 at 3:18:21 pm EST. Last modified December 12, 2019 at 9:41:01 am EST.*

| | |
|---|---|
| Nature: | **Accident / Injury / Medical** |
| Urgency: | **Normal** |
| Incident Date and Time: | **2019-12-11** |
| Incident Location: | ▮ **I don't actually know where the rape took place, but I had to fill in the previous space.** |

### Reported by

| | |
|---|---|
| Name: | **Anneke Stasson** |
| Title: | **Associate Professor of Humanities and History** |
| Email: | **anneke.stasson@indwes.edu** |
| Phone: | ▮ |
| Address: | ▮ |

### Involved Parties

| ▮ | Redacted | ▮ |
|---|---|---|
| Victim | Female | |

### Questions

** Below are categories that correspond to the Student Code of Conduct or Issues of Concern. Please indicate the relevant sections that pertain to this incident report.

** COMMUNITY STANDARDS & UNIVERSITY POLICIES
Assault, Sexual Activity, Sexual Misconduct (Sexual Assault)

** CAMPUS POLICE

** CARE TEAM

** INCIDENT OR INJURY
Medical Incident

** RESIDENCE LIFE POLICIES

** Please provide a detailed description of the incident/concern using specific, concise, objective language.
▮ came to me before thanksgiving and told me that she had been raped. I told her she needed to get tested for STDs. I didn't report the rape because she said she had already reported it. She came to meet with me again today to talk about filling out an Incomplete form for ▮. While meeting, I asked how she was doing and if the guy had been sent off campus yet. No, she said, he is still here. I was shocked. She then told me that she had been tested for STDs and she tested positive for HIV. It makes me really worried to think that the guy who gave her HIV is still on this campus.

*Pending IR #00004274*
*Submitted from ▮ and routed to Andrew Parker (Associate Vice President & Dean of Students)*
*Modified by Andrew Parker on December 12, 2019 at 9:41:01 am EST from 199.8.23.241*

**EXHIBIT 2**