UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:20-cv-00039-HAB-SLC |
| | ) | |
| INDIANA WESLEYAN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS CLAIMS AGAINST DEFENDANT INDIANA WESLEYAN UNIVERSITY WITH PREJUDICE**

Plaintiff, by counsel, moves the Court to dismiss all claims in this cause of action against Defendant, Indiana Wesleyan University ("IWU"), with prejudice, each to bear his/its own attorneys' fees and costs. Plaintiff advises the Court that Plaintiff and IWU have reached a resolution, which does not involve payment to Plaintiff or a change in IWU's finding or sanction with respect to him. Therefore, IWU does not object – but instead consents – to Plaintiff's motion.

Respectfully Submitted,

*/s/ Susan C. Stone*
Susan C. Stone, admitted *pro hac vice*
Kristina W. Supler, admitted *pro hac vice*
KOHRMAN JACKSON &KRANTZ, LLP
1375 E. 9th Street, 29th Floor
Cleveland, OH 44114
P: (216) 696-8700
F: (216) 621-6536
E: scs@kjk.com; kws@kjk.com

{K0792294.1}

        Peter J. Agostino (#10765-71)
ANDERSON AGOSTINO & KELLER, P.C.
131 South Taylor Street
South Bend, IN 46601
P: (574) 288-1510
F: (574) 288-1650
E: agostino@aaklaw.com

*Counsel for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically this 21st day of May, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties not receiving service through the Court's electronic filing system will be served by regular U.S. mail. Parties may access this filing through the Court's system.

*/s/ Susan C. Stone*
Susan C. Stone, admitted *pro hac vice*

{K0792294.1}