UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
|             Plaintiff, | ) |
| v. | ) CASE NO: 1:20-CV-00039-HAB-SLC |
| INDIANA WESLEYAN UNIVERSITY, | ) |
|             Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff John Doe and Defendant Indiana Wesleyan University, by counsel, hereby stipulate to the dismissal of all claims in this cause of action and this action in its entirety, with prejudice, the parties to bear their own costs, including attorneys' fees.

Respectfully submitted,

Date: May 22, 2020

_s/ Susan C. Stone_                                   _s/ Amanda L. Shelby_

US.128130905.01

| | |
|---|---|
| Peter J. Agostino<br>ANDERSON AGOSTINO & KELLER, P.C.<br>131 South Taylor Street<br>South Bend, IN  46601<br>*agostino@aaklaw.com* | Amanda L. Shelby (#27726-49)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 N. Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Phone: (317) 237-0300<br>Fax:    (317) 237-1000<br>Email: a*manda.shelby @faegredrinker.com* |
| Susan C. Stone, *admitted pro hac vice*<br>Kristina W. Supler, *admitted pro hac vice*<br>KOHRMAN JACKSON & KRANTZ, LLP<br>1375 E. 9th Street, 29th Floor<br>Cleveland, OH  44114<br>*scs@kjk.com*<br>*kws@kjk.com* | Grayson F. Harbour (#35700-53)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 N. Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Phone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>Email: *grayson.harbour@faegredrinker.com* |
| *Counsel for Plaintiff* | Sean R. Somermeyer, *admitted pro hac vice*<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>2200 Wells Fargo Center 90 S. Seventh Street<br>Minneapolis, Minnesota 55402<br>Phone: (612) 766-7000<br>Facsimile: (612) 766-1600<br>Email: sean.somermeyer@faegredrinker.com<br>*Attorneys for Defendant,*<br>*Indiana Wesleyan University* |

US.128130905.01